**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER UPHAM,

    Plaintiff,

v.

HELENA F FOX,

    Defendant.

No. C -13-03377 EDL

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Maxine M. Chesney to consider whether it is related to <u>Upham v. Fox</u>, C-08-1859 MMC. A review of the complaint in this case and in C-08-1859 reveal almost identical allegations and claims. Plaintiffs may file any response in opposition to or support of relating the cases within seven days of receipt of this Order.

**IT IS SO ORDERED.**

Dated: July 23, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge