IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM,<br><br>　　　Plaintiff,<br><br>　v.<br><br>HELENA F FOX,<br><br>　　　Defendant.<br>_____/ | No. C -13-03377 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Maxine M. Chesney to consider whether it is related to Upham v. Fox, C-08-1859 MMC. A review of the complaint in this case and in C-08-1859 reveal almost identical allegations and claims. Plaintiffs may file any response in opposition to or support of relating the cases within seven days of receipt of this Order.

**IT IS SO ORDERED.**

Dated: July 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge