IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>HELENA F. FOX, Individually and as the Personal Representative of the Estate of Peter M. Fox, Deceased, and as Guardian Ad Litem for R.H.F. and R.G.F., Minors,<br><br>        Defendant.<br>_____/ | No. C 13-3377 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the Case Management Conference currently set for February 7, 2014, is hereby CONTINUED to April 11, 2014.  The parties shall file a Joint Case Management Statement by April 4, 2014.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
MAXINE M. CHESNEY
United States District Judge