United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER UPHAM,

    Plaintiff,

v.

HELENA F. FOX, Individually and as the Personal Representative of the Estate of Peter M. Fox, Deceased, and as Guardian Ad Litem for R.H.F. and R.G.F., Minors,

    Defendants.
    /

No. C 13-3377 MMC

**ORDER VACATING MARCH 7, 2014 HEARING ON DEFENDANTS' MOTION TO DISMISS**

    Before the Court is defendants' Motion to Dismiss Second Amended Complaint, filed January 23, 2014. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for determination on the parties' respective written submissions and hereby VACATES the hearing scheduled for March 7, 2014.

    **IT IS SO ORDERED.**

Dated: March 5, 2014

MAXINE M. CHESNEY
United States District Judge