IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM, | No. C-13-3377 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| HELENA FOX, et al., | |
| Defendants. | |

Before the Court is defendants' Motion to Dismiss Third Amended Complaint, filed May 21, 2014. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for June 27, 2014.

**IT IS SO ORDERED.**

Dated: June 24, 2014

MAXINE M. CHESNEY
United States District Judge